■ In the Matter of BENJAMIN FRANK v. METROPOLITAN BOTTLING COMPANY, INC., et al.— Motion to dismiss appeal denied with leave to respondents to renew the motion to dismiss the appeal from the denial of reargument on the argument of the appeal. The appellant is directed to perfect the appeal

for argument or submission on January 22, 1963. Motion to dismiss appeal denied. The appellant is directed to perfect the appeal for argument or submission on January 22, 1963. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.